UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEE'S FIFTH AVENUE LTD.,                          :   22-CV-3434   EK-JRC
                                                  :
                                                  :
                        Plaintiff,                :   **SUMMONS**
            -against-                             :
                                                  :
BLUE STAR IMPORTS INC.,                           :
                                                  :
                                                  :
                        Defendant.                :
------------------------------------------------------------X

TO:   Blue Star Imports, Inc.
      1400 Avenue Z
      Brooklyn, NY 11235

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' attorney, THOMAS M. MULLANEY, ESQ., whose address is 530 Fifth Avenue, 23rd Floor, New York, New York 10036, an answer to the complaint which is herewith served upon you, within twenty one (21) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Brenna Mahoney                                    6/15/2022
_____                         _____
*Clerk*                                           *Date*

s/Kimberly Davis
_____
*(By) Deputy Clerk*